IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GLAND ELLIOTT**                                                                         **PLAINTIFF**

V.                      No. 3:05-CV-00203-BD

**CLAYBOURNE HICKS,** *et al.*                                       **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE, and judgment is entered on behalf of the Defendants.

IT IS SO ORDERED this 11th day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE